# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Moore v. Love et al          Case Number: 3:24-cv-50021

An appearance is hereby filed by the undersigned as attorney for:
Michael Moore

Attorney name (type or print):  Christopher T. Grohman

Firm:    Benesch Friedlander Coplan & Aronoff LLP

Street address:      71 S. Wacker Drive, Suite 1600

City/State/Zip:    Chicago, IL 60606

Bar ID Number:  6312144          Telephone Number:    312-212-4943
(See item 3 in instructions)

Email Address: cgrohman@beneschlaw.com

Are you acting as lead counsel in this case?          ☐ Yes    ☒ No

Are you a member of the court's general bar?          ☒ Yes    ☐ No

Are you a member of the court's trial bar?          ☒ Yes    ☐ No

Are you appearing *pro hac vice*?          ☐ Yes    ☒ No

If this case reaches trial, will you act as the trial attorney?    ☒ Yes    ☐ No

If this is a criminal case, check your status.    ☒    Retained Counsel

☐    Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 7, 2025

Attorney signature:      S/ Christopher T. Grohman _____
(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023